Commonwealth, Appellant, *v.* Repplier Coal Company.

Argued November 29, 1943. Before Maxey, C. J., Drew, Linn, Stern, Patterson and Stearne, JJ.

378

380

388

390

*Harry G. Stambaugh,* Special Deputy Attorney General, with him *James H. Duff,* Attorney General, for appellant.

*Chas. W. Hull,* with him *Geo. Ross Hull,* of *Hull, Leiby & Metzger,* for appellee.

PER CURIAM, January 3, 1944:

The judgment of the court below is affirmed on the able and comprehensive opinion of President Judge HARGEST.